# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: **08 CV 02648**
**WILLIE JOHNSON**
v.
**CITY OF CHICAGO and UNKNOWN OFFICERS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**CITY OF CHICAGO**

| | |
|---|---|
| NAME (Type or print) **Daniel M. Noland** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) **s/ Daniel M. Noland (ARDC #6231175)** | |
| FIRM **Dykema Gossett PLLC** | |
| STREET ADDRESS **10 S. Wacker Drive, Suite 2300** | |
| CITY/STATE/ZIP **Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC No. 6231175 | TELEPHONE NUMBER (312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on **July 10, 2008**, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Elliot S. Richardson
Erica E. Faaborg
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

 

s/Daniel M. Noland  (ARDC No. 6231175)
Daniel M. Noland