U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 cv 02648
WILLIE JOHNSON
v.
CITY OF CHICAGO and UNKNOWN
OFFICERS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO

| NAME (Type or print) |
| --- |
| Kimberly D. Fahrbach |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kimberly D. Fahrbach (ARDC #06237042) |
| FIRM |
| Dykema Gossett PLLC |
| STREET ADDRESS |
| 4200 Commerce Crt., Ste. 300 |
| CITY/STATE/ZIP |
| Lisle, IL 60532 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| ARDC No. 06237042 | 630/577-2812 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

                                                s/Kimberly D. Fahrbach (ARDC No. 06237042)
                                                Kimberly D. Fahrbach